**David ARENBERG, Plaintiff-Appellant,**

v.

**Jen FONTAINE; Arshad Tariq, Dr., Defendants-Appellees.**

No. 16-15419

United States Court of Appeals, Ninth Circuit.

Submitted April 11, 2017 *

Filed April 24, 2017

David Arenberg, Pro Se

Michael E. Gottfried, Arizona Attorney General's Office, Phoenix, AZ, for Defendant-Appellee Jen Fontaine

Catherine Mitsuki Asuncion, Jeffry A. Miller, Attorney, Lewis Brisbois Bisgaard & Smith LLP, San Diego, CA, Venus Booth, Counsel, James K. Kloss, Attorney, Lewis Brisbois Bisgaard & Smith LLP, Phoenix, AZ, for Defendant-Appellee Arshad Tariq

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

Former Arizona state prisoner David Arenberg appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We

review de novo. *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment for defendant Tariq because Arenberg failed to raise a genuine dispute of material fact as to whether Tariq was deliberately indifferent to Arenberg's rashes. *See id.* at 1057-60 (deliberate indifference is a high legal standard; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference).

To the extent Arenberg contends that he alleged a separate First Amendment retaliation claim, we reject this contention as unsupported by the record.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

